IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

v.                                      CASE NO. 3:13-cv-409-RS-EMT

WILLIAM R. BUSH, et al.,

      Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Government's Motion for Summary Judgment of Foreclosure against Defendants (Doc. 12) is **GRANTED**.

3. The Government shall file a proposed final judgment of foreclosure not later than March 18, 2014.

**ORDERED** on March 5, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**